# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHAEL PARROTTA | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-2842 |
| PECO ENERGY COMPANY | : |

## ORDER

**AND NOW,** this 31st day of January 2019, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 15), Plaintiff's Opposition (ECF Doc. No. 20), Defendant's Reply (ECF Doc. No. 21), Plaintiff's Sur-reply (ECF Doc. No. 24), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Defendant's Motion for summary judgment (ECF Doc. No. 15) is **GRANTED** as to Plaintiff's claims under the Americans with Disabilities Act, Pennsylvania Human Relations Act, and the Family and Medical Leave Act, as there are no genuine issues of material fact and judgment in favor of Defendant is warranted as a matter of law;

2. Plaintiff's state law tortious interference claim is **DISMISSED without prejudice** as we lack subject matter jurisdiction over this claim; and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.